No. 367, Misc. Tyson *v.* Day, Warden. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 655, Misc. Gawron *v.* Adamnoski, State's Attorney. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 241, Misc. Muhlenbroich *v.* Heinze, Warden. Supreme Court of California. Certiorari denied. The Chief Justice took no part in the consideration or decision of this application.

No. 743. Shaw, Executor, *v.* Atlantic Coast Line Railroad Co. et al., *ante,* p. 920; and
No. 514, Misc. Stafford *v.* Superior Court of California, Los Angeles County, *ante,* p. 923. Petitions for rehearing denied.

No. 50. San Diego Building Trades Council et al. *v.* Garmon et al., *ante,* p. 26;
No. 738. Nathan et al. *v.* United States, *ante,* p. 910;
No. 745. Snider *v.* Virginia, *ante,* p. 916;
No. 788. Ginsburg *v.* Black et al., *ante,* p. 911; and
No. 805. Dyner *v.* Schwartz et al., Trustees, et al., *ante,* p. 912. Petitions for rehearing denied. Mr. Justice Whittaker took no part in the consideration or decision of these applications.

No. 145. John Danz Charitable Trust *v.* Commissioner of Internal Revenue, 352 U. S. 828. Rehearing denied. Mr. Justice Brennan and Mr. Justice Whittaker took no part in the consideration or decision of this application.